Maria S. Bellafronto, Esq. (State Bar No. 161994)
mbellafronto@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Defendant
Greg Inloes, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Berry Lynn Adams,<br><br>              Plaintiff,<br><br>v.<br><br>Daniel L. Kraft, et al.,<br><br>              Defendants. | CASE NO. C10-00602 LHK<br><br>**APPLICATION FOR SUBSTITUTION OF COUNSEL** |

Defendant Greg Inloes, subject to the approval by the Court, hereby makes this application for the substitution of Maria S. Bellafronto of the law firm of Hopkins & Carley as counsel of record in place of Greg Inloes, Pro Se.  Contact information for new counsel is as follows:

> Maria S. Bellafronto
> Hopkins & Carley, a Law Corporation
> The Leticia Building
> 70 S. First Street
> San Jose, California 95113
> Telephone:  (408) 286-9800
> Facsimile:  (408) 998-4790
> Email:  mbellafronto@hopkinscarley.com

1 | I consent to the above substitution:
2 | Dated: August 1*0*, 2010

_____
Greg Inloes

5 | I consent to being substituted:

6 | Dated: August 1*0*, 2010

_____
Greg Inloes, Pro Se

10 | I consent to the above substitution:
11 | Dated: August 1*0*, 2010

HOPKINS & CARLEY
A LAW CORPORATION

_____
Maria S. Bellafronto

The substitution of attorney is hereby approved and so ORDERED.
Dated: August 20, 2010

_____
THE HONORABLE LUCY H. KOH

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\705987.1

- 2 -

APPLICATION FOR SUBSTITUTION OF COUNSEL

C10-00602 LHK