1  KATE WELLS, State Bar #107051
   Attorney at Law
2  2600 Fresno Street
   Santa Cruz, California 95062
3  Telephone: (831) 479-4475
   Facsimile: (831) 479-4476
4
   Attorney for Plaintiff,
5       BERRY LYNN ADAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**E FILED CASE**

| | |
|---|---|
| BERRY LYNN ADAMS, | **NO. C10-00602 LHK** |
| Plaintiff, | **STIPULATION OF DISMISSAL OF DEFENDANT GREG INLOES;** |
| vs. | (~~PROPOSED~~) **ORDER** |
| DANIEL L. KRAFT; PHILIP HAUCK; KIRK LINGENFELTER; K.P. BEST; J.I. STONE; CHIP BOCKMAN; R. CALLISON; SCOTT SIPES; GREG INLOES; STATE OF CALIFORNIA, PARKS & RECREATION DEPARTMENT, | |
| Defendants. | |

Counsel for the plaintiff BERRY LYNN ADAMS and defendant GREG INLOES, submit the following stipulated order of dismissal with prejudice for the signature of the Honorable Lucy H. Koh to terminate the above-captioned lawsuit as to only this defendant.

Plaintiff BERRY LYNN ADAMS, through his counsel of record, Kate Wells, agrees to voluntarily dismiss with prejudice the above-captioned lawsuit against defendant GREG INLOES. Each side to bear their own fees and costs.

STIPULATION OF DISMISSAL OF DEFENDANT GREG INLOES; (~~PROPOSED~~) ORDER
*Adams v. Kraft et al.* Case No. C10000602 LHK

1

///

IT IS SO STIPULATED:

LAW OFFICE OF KATE WELLS

Dated: 9/20/10                              /s/
                                Kate Wells, Attorney for Plaintiff, BERRY LYNN ADAMS

HOPKINS & CARLEY

Dated: 9/20/10            By:           /s/
                                Maria S. Bellafronto,
                                Attorneys for Defendant, GREG INLOES

### ~~(PROPOSED)~~ ORDER BY STIPULATION

The foregoing stipulation showing good cause, IT IS HEREBY ORDERED that the above-captioned case against defendant GREG INLOES, be dismissed with prejudice against him only.  Each side to bear their own fees and costs..

Dated: September 23, 2010          *Lucy H. Koh*
                                THE HONORABLE LUCY H. KOH
                                UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL OF DEFENDANT GREG INLOES; ~~(PROPOSED)~~ ORDER
*Adams v. Kraft et al.* Case No. C10000602 LHK

2