UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DANIEL L. KRAFT, a State of California Park Ranger, et al.,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>(re: docket #81) |

On December 23, 2010, Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. *See* Dkt. #81. That motion is set for hearing on March 10, 2011. The Court finds that a briefing schedule on Defendants' motion is appropriate.

Accordingly, Plaintiffs' Opposition, or Statement of Nonopposition, is due by Friday, February 4, 2011. Defendants' Reply, if any, is due by Friday, February 11, 2011.

**IT IS SO ORDERED.**

Dated: January 10, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-00602-LHK
ORDER SETTING BRIEFING SCHEDULE