UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL L. KRAFT, PHILLIP HAUCK, KIRK LINGENFELTER, K. P. BEST, J. I. STONE, CHIP BOCKMAN, R. CALLISON, and SCOTT SIPES,<br><br>　　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER VACATING MOTION HEARING |

On December 23, 2010, Defendants moved to dismiss several of Plaintiff's claims contained in his First Amended Complaint. Dkt. No. 81. Pursuant to Civil Local Rule 7-1(b), the Court deems Defendants' motion suitable for decision without oral argument. Accordingly, the Court hereby VACATES the hearing on Defendants' motion to dismiss set for March 10, 2011 at 1:30 P.M. The Court will issue a written order on Defendants' motion.

**IT IS SO ORDERED.**

Dated: March 4, 2011

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge