1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER DENYING REQUEST FOR PROTECTIVE ORDER |
| v. | |
| DANIEL L. KRAFT, PHILLIP HAUCK, KIRK LINGENFELTER, K. P. BEST, J. I. STONE, CHIP BOCKMAN, R. CALLISON, and SCOTT SIPES, | |
| Defendants. | |

On March 4, 2011, Plaintiff requested that this Court stay discovery pursuant to Federal

Rule of Civil Procedure 26(c) until the Court ruled on Defendants' pending motion to dismiss, Dkt.

No. 93, at 1, or until after Defendants answer the complaint, *id.*, at 3.  Plaintiff argued that a stay is

justified because the Court's anticipated ruling on Defendants' motion to dismiss may render it

unnecessary for him to respond to Defendants' discovery requests.  Defendants oppose Plaintiff's

motion on three grounds.  Dkt. No. 97.  First, Defendants argue that Plaintiff has failed to properly

follow the procedural rules for noticing and filing his motion.  Second, Defendants argue that this

issue was already resolved at the December 2, 2010 case management conference held before the

undersigned judge.  Third, Defendants argue that Plaintiff's motion fails to show any good cause

for granting a protective order.

1

**United States District Court**
For the Northern District of California

1    At the Case Management Conference, the Court stated that it disfavored any stay of

2 discovery.  The Court ordered that meaningful discovery take place in advance of the mediation to

3 maximize the possibility of settlement.  The Court set the mediation deadline for April 30, 2011,

4 and the close of all discovery for July 31, 2011.

5    Plaintiff filed the complaint in this action over a year ago, on February 10, 2010.  The Court

6 is disturbed that Plaintiff has not responded to discovery requests Defendants propounded in

7 September 2010 and re-propounded in December 2010 and January 2011.  The Court disfavors any

8 extensions of the case deadlines and expects the parties to actively litigate this case to comply with

9 the case schedule.

10    Plaintiff's Request for Protective Order, which was not properly noticed and did not comply

11 with the Civil Local Rules, is DENIED with prejudice.

12 **IT IS SO ORDERED.**

13

14 Dated: March 22, 2011

LUCY H. KOH
United States District Judge

15

Case No.: 10-CV-00602-LHK
ORDER DENYING REQUEST FOR PROTECTIVE ORDER