UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>DANIEL L. KRAFT, a State of California Park Ranger, et al.,<br><br>　　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT<br><br>(re: docket #116) |

On April 26, 2011, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint. *See* Dkt. #116. That motion is set for hearing on July 28, 2011. The Court finds that a briefing schedule on Defendants' motion is appropriate.

Accordingly, Plaintiffs' Opposition, or Statement of Nonopposition, is due by Wednesday, June 22, 2011. Defendants' Reply, if any, is due by Wednesday, June 29, 2011.

**IT IS SO ORDERED.**

Dated: June 1, 2011

　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge