UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER VACATING JULY 28, 2011 MOTION HEARING |
| v. | |
| DANIEL L. KRAFT, a State of California Park Ranger, et al., | |
| Defendants. | |

Defendants' motion to dismiss [dkt. #116] and Plaintiff's motion for leave to file a third amended complaint [dkt. #121] are noticed for a hearing on July 28, 2011.  Pursuant to Civil Local Rule 7-1(b), the Court deems these motions appropriate for resolution without oral argument and vacates the July 28, 2011 hearing.  A written Order will be issued shortly.

**IT IS SO ORDERED.**

Dated: July 27, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00602-LHK
ORDER VACATING JULY 28, 2011 MOTION HEARING