UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER CONTINUING HEARING DATE AND EXTENDING BRIEFING SCHEDULE |
| v. | |
| DANIEL L. KRAFT, a State of California Park Ranger, et al., | (re: docket #129) |
| Defendants. | |

On August 11, 2011, Defendants filed a motion for summary judgment, which is set for hearing on Thursday, September 15, 2011. *See* Dkt. #128. Pursuant to the Court's Local Rules, Plaintiff's opposition is due by August 25, 2011, and Defendant's reply is due by September 1, 2011. However, on August 22, 2011, counsel for Plaintiff filed a motion requesting an order extending the time to file Plaintiff's opposition from August 25, 2011 to September 15, 2011. *See* Dkt. #129. Counsel for Plaintiff represents that good cause exists because of an unforeseen family crisis.

The Court is hesitant to grant extensions, especially where the extension will force a modification of a hearing date. Here, however, the Court finds that good cause exists for granting Plaintiff counsel's request.

Accordingly, Plaintiff's opposition to Defendants' motion for summary judgment is now due by September 15, 2011, and Defendants' reply is now due by September 29, 2011. The

1

Case No.: 10-CV-00602-LHK
ORDER GRANTING EXTENSION

hearing on Defendants' motion is continued to Thursday, October 20, 2011 at 1:30 p.m.  The other case deadlines remain as set.  Further requests for extensions are strongly disfavored.

**IT IS SO ORDERED.**

Dated:  August 23, 2011

                                          LUCY H. KOH
                                          United States District Judge

Case No.: 10-CV-00602-LHK
ORDER GRANTING EXTENSION