UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**E-FILED CASE**

| | | |
|---|---|---|
| BERRY LYNN ADAMS, | ) | NO. C10-00602 LHK |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF PARTIES TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT; [PROPOSED] ORDER** |
| vs. | ) | |
| DANIEL L. KRAFT; PHILIP HAUCK; KIRK LINGENFELTER; K.P. BEST; J.I. STONE; CHIP BOCKMAN; R. CALLISON; SCOTT SIPES, | ) ) ) ) ) ) | Trial Date: November 14, 2011<br>Time:     9:00 a.m.<br>Crtrm:   4 |
| Defendants. | ) | Judge:    Hon. Lucy H. Koh |

WHEREAS the Joint Pretrial Statement is due today, October 26, 2011.

WHEREAS the Order on Defendants' Motion for Summary Judgment was filed on October 25, 2011 at 5:58 p.m.

WHEREAS the parameters of the case have changed by the granting of the Summary Judgment as to certain claims and defendants.

WHEREAS the parties need additional time to prepare the Joint Pretrial Statement given the new parameters of the case.

///

STIPULATION TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT; [PROPOSED] ORDER
*Adams v. Kraft et al.* Case No. C10-00602 LHK

1

The parties hereby stipulate to extend the deadline for the filing of the Joint Pretrial Statement from October 26, 2011, to October 28, 2011.

IT IS SO STIPULATED:

Respectfully submitted,

Dated: October 26, 2011                    /s/
                                        Kate Wells
                                        Attorney for Plaintiff, Berry Adams


                                        Kamala D. Harris
                                        Attorney General of California


Dated: October 26, 2011        By:         /s/
                                        Daniel B. Alweiss, Deputy Attorney General
                                        Attorneys for Defendants Kraft, Hauck, and Best

### [PROPOSED] ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that deadline for filing the Joint Pretrial Statement is extended from October 26, 2011 to October 28, 2011.

Dated: October 26, 2011        *Lucy H. Koh*
                               LUCY H. KOH
                               United States District Judge

STIPULATION TO EXTEND DEADLINE FOR FILING JOINT PRETRIAL STATEMENT; [PROPOSED] ORDER
*Adams v. Kraft et al.* Case No. C10-00602 LHK

2