UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　　Plaintiff,<br>　v.<br>DANIEL L. KRAFT, a State of California Park Ranger, et al.,<br><br>　　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE MOTIONS IN LIMINE AND RESPONSES<br><br>(re: docket #148) |

On October 26, 2011, Plaintiff filed a motion requesting an order extending the time to file motions in limine from October 26, 2011 to October 31, 2011, and extending the time to file responses to Defendants' motions in limine from October 31, 2011 to November 4, 2011, due to an ongoing family medical emergency. *See* Dkt. #148. The Court previously granted Plaintiff's request for an extension of time, based on the same grounds, to file an opposition to Defendants' Motion for Summary Judgment and continued the September 15, 2011 hearing on that motion to October 20, 2011. *See* Dkt. #130. Although the Court is certainly sympathetic to Plaintiff's situation, the Court is unable to grant Plaintiff's request in full, as doing so would deprive Defendants and the Court of time needed to prepare for the pretrial conference, which is scheduled for November 7, 2011, at 1:30 p.m., and for the trial, which is set to begin on November 14, 2011, at 9:00 a.m. The Court will not reschedule either of these dates.

1

Case No.: 10-CV-00602-LHK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE MOTIONS IN LIMINE AND RESPONSES

Accordingly, the Court will grant Plaintiff a one-day extension to file his motions in limine. Plaintiff's motions in limine are now due October 27, 2011. Plaintiff's responses to Defendants' motions in limine remain due October 31, 2011. Defendants' responses to Plaintiff's motions in limine will be due November 1, 2011.

**IT IS SO ORDERED.**

Dated: October 26, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge