1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, ) | Case No.: 10-CV-00602-LHK |
| ) | |
| Plaintiff, ) | ORDER RESETTING PRETRIAL |
| v. ) | CONFERENCE AND TRIAL DATE |
| ) | |
| DANIEL L. KRAFT, a State of California Park ) | (re: dkt #162) |
| Ranger, et al., ) | |
| ) | |
| Defendants. ) | |

16  On October 26, 2011, the Court granted Plaintiff a one-day extension to file his motions in

17  limine, pursuant to Plaintiff's request for an extension due to a family medical emergency.  In that

18  Order, the Court noted that it would not reschedule the pretrial conference set for November 7,

19  2011, or the trial set to begin on November 14, 2011.  The next day, however, Plaintiff filed a

20  Request for an Order Postponing the Trial Date, supported by a declaration by Plaintiff's counsel

21  providing greater detail about her family medical circumstances.  Furthermore, the declaration

22  states that opposing counsel is sympathetic to Plaintiff's counsel's situation and does not oppose

23  this request for postponement.

24  Although the Court is extremely reluctant to postpone resolution of this case, the Court

25  recognizes the exceptional nature of Plaintiff's request and will therefore continue the pretrial

26  conference from November 7, 2011, to December 20, 2011, at 2:00 p.m., and continue the trial

27  start date from November 14, 2011, to January 3, 2012, at 9:00 a.m.  The matter is now set for trial

28

1

Case No.: 10-CV-00602-LHK
ORDER RESETTING PRETRIAL CONFERENCE AND TRIAL DATES

on January 3, 2012, from 9:00 a.m. to 4:30 p.m.; January 6, 2012, from 9:00 a.m. to 4:30 p.m.; January 9, 2012, from 9:00 a.m. to 4:30 p.m.; and January 10, 2012, from 9:00 a.m. to 4:30 p.m.

The parties shall comply with the Court's Standing Order governing Final Pretrial Conferences in Jury Trials and file their joint pretrial statement no later than 14 days before the pretrial conference. Likewise, Plaintiff shall file his motions in limine no later than 14 days before the pretrial conference. Defendants have already timely filed their motions in limine based on the November 7, 2011 pretrial conference date. For both parties, responses to motions in limine will be due no later than 10 days before the final pretrial conference.

Although the Court is sympathetic to Plaintiff's counsel's family situation, the Court will not grant any further requests for extension. Should Plaintiff's counsel find herself unable to comply with this Order, she shall timely file a motion to substitute counsel so that the case proceeds in accordance with the schedule set forth herein.

**IT IS SO ORDERED.**

Dated: October 27, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge