UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER |
| v. | (re: dkt #164) |
| DANIEL L. KRAFT, a State of California Park Ranger, et al., | |
| Defendants. | |

It is not clear to the Court whether Defendants' counsel was aware of the Court's October 27, 2011 Order granting Plaintiff's Request for an Order Postponing the Trial Date and setting a new pretrial conference and trial schedule when Defendants' counsel filed the Statement of Non-opposition to Plaintiff's Motion to Postpone the Trial Date on October 28, 2011.  Defendants shall file by November 4, 2011 a statement as to whether they oppose the December 20, 2011 pretrial conference and January 3, 2012 trial dates and if so, the reasons for the opposition.  The Court rarely ever continues a trial and is set on having this trial as soon as possible.

At the summary judgment hearing, Defendants were unwilling to participate in any alternative dispute resolution.  In Defendants' November 4, 2011 filing, they should indicate if that is still their position.

**IT IS SO ORDERED.**

Dated:  November 1, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-00602-LHK
ORDER