UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | |
| DANIEL L. KRAFT, PHILLIP HAUCK, and K.P. BEST, | (re: dkt #167) |
| Defendants. | |

Defendants' Motion for a Telephonic Case Management Conference in advance of the December 20, 2011 pretrial conference set in this case is GRANTED. A case management conference is hereby set for Wednesday, December 7, 2011, at 2:00 p.m., at which both parties' counsel may appear telephonically, if they so choose. The parties shall file a joint case management statement by no later than Wednesday, December 7, 2011, at 10:00 a.m. This Order does not alter any deadlines currently set in this case.

**IT IS SO ORDERED.**

Dated: December 5, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-00602-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE