UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DANIEL L. KRAFT, PHILLIP HAUCK, and K.P. BEST,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER DENYING REQUEST FOR FURTHER TRIAL CONTINUANCE<br><br>(re: dkt #176) |

On March 14, 2012, Defendants filed a Request for Case Management Conference to Discuss Trial Continuance (ECF No. 176), citing the same grounds for a trial continuance that the Court already previously rejected at the December 7, 2011 Case Management Conference. *See* ECF No. 173 (citing grounds); ECF No. 175 (CMO setting trial schedule). Accordingly, Defendants' request to further continue the trial in this case is DENIED, and the case management conference set for April 4, 2012, is VACATED. The case schedule set forth in the December 7, 2011 Case Management Order remains in effect. The pretrial conference remains set for April 26, 2012, at 1:30 p.m., and the trial will begin on May 7, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 21, 2012

　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No.: 10-CV-00602-LHK
ORDER DENYING REQUEST FOR FURTHER TRIAL CONTINUANCE