1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,  ) | Case No.: 10-CV-00602-LHK |
|              ) | |
|     Plaintiff,   ) | ORDER AMENDING TRIAL |
|   v.         ) | SCHEDULE |
|              ) | |
| DANIEL L. KRAFT, a State of California Park  ) | |
| Ranger, et al.,   ) | |
|              ) | |
|     Defendants.  ) | |

      The Court's trial schedule is now able to accommodate full trial days on May 7, 8, and 11. Thus, the case management order from March 26, 2012, setting forth the trial schedule in this case is amended as follows:  The trial will be conducted from 9:00 a.m. to noon and from 1:00 p.m. to 4:30 p.m. on Monday, May 7; Tuesday, May 8; Friday, May 11; and Monday, May 14.

**IT IS SO ORDERED.**

Dated: April 30, 2012

                              _____
                              LUCY H. KOH
                              United States District Judge

1