KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
HARRY T. GOWER, III (SBN 170784)
DANIEL B. ALWEISS (SBN 191560)
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1276
 Fax:  (415) 703-5480
 E-mail:  Daniel.Alweiss@doj.ca.gov
*Attorneys for California State Park Rangers Kraft, Hauck and Best*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BERRY LYNN ADAMS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DANIEL L. KRAFT, PHILLIP HAUCK, and K. P. BEST,**<br><br>　　　　　　　　　　　　Defendants. | C10-00602 LHK<br><br>**ORDER PERMITTING COUNSEL TO BRING ELECTRONIC & RELATED EQUIPMENT INTO THE COURTROOM FOR TRIAL AND FOR PLAINTIFF TO BRING SUBPOENAED KNIVES**<br><br>Trial Date:　　May 7, 2012 |

　　　Defendants have requested permission to bring the following equipment to the United States District Court, Courtroom 8, 4th Floor, 280 South First Street, San Jose, California for trial:

　　　1.　ELMO visual presenter (overhead projector).

　　　2.　VGA Projector.

　　　3.　Laptop Computer.

　　　4.　Projection screen.

　　　5.　Compact disc player

　　　6.　Easel

Such equipment will be used to present demonstrative evidence and/or other appropriate purposes, as allowed by the Court, in order to facilitate the presentation of evidence to the jury.

Defendants have subpoenaed for production at trial the: (1) "Buck knife with a 3.5" blade Adams wore on the right side of his belt, on the afternoon of June 24, 2009, when Officer Hauck first made contact with him," and (2) "Gerber utility tool with a 3" blade Adams wore on the left side of his belt, on the afternoon of June 24, 2009, when Officer Hauck first made contact with him."

Defendants request a court order permitting Plaintiff to submit these items to the U.S. Marshal upon entry to the courthouse on Monday morning, May 7, 2012, at 8:30 a.m., and that such items be brought to Courtroom 8 when requested during that day by Defendants.

**ORDER**

IT IS HEREBY ORDERED that:

1. Defendants shall be permitted to bring the following equipment into Courtroom 8: (1) ELMO visual presenter (overhead projector); (2) VGA projector; (3) laptop computer; (4) projection screen; (5) compact disc player; and, (6) easel.

2. Plaintiff shall submit the subpoenaed Buck knife and Gerber utility tool to the U.S. Marshal upon entry to the courthouse at 8:30 a.m., on May 7, 2012.

Dated: May 4, 2012

_____
HON. LUCY H. KOH
United States District Judge