UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, ) | Case No.: 10-CV-00602-LHK |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TESTIMONY OF |
| v. ) | PERCIPIENT WITNESSES TO THE |
| ) | JUNE 22, 2009 INCIDENT |
| DANIEL L. KRAFT, a State of California Park ) | |
| Ranger, et al., ) | |
| ) | |
| Defendants. ) | |

Upon further reflection, any testimony of percipient witnesses to the June 22, 2009 incident is irrelevant and inadmissible unless Plaintiff can establish that Defendants Kraft and Hauck were aware of such information at the time they arrested Plaintiff Adams. Plaintiff has not established that Defendants Kraft and Hauck were aware of such information in her pleadings or at the pretrial conference. Should Plaintiff wish to make such a proffer, she must do so in writing by Monday, May 7, 2012 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 4, 2012

_____
LUCY H. KOH
United States District Judge