UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER STRIKING THIRD AMENDED COMPLAINT |
| v. | |
| DANIEL L. KRAFT, a State of California Park Ranger, et al., | |
| Defendants. | |

Plaintiff's Third Amended Complaint is STRICKEN, for the reasons stated on the record on May 11, 2012.

**IT IS SO ORDERED.**

Dated: May 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge