1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **BERRY LYNN ADAMS,**<br><br>Plaintiff,<br><br>v.<br><br>**DANIEL L. KRAFT, PHILLIP HAUCK, and K. P. BEST,**<br><br>Defendants. | C10-00602 LHK<br><br>**JUDGMENT** |

This action came on regularly for trial on May 7, 2012, in Courtroom 8 of the above-entitled court, the Honorable Lucy H. Koh, Judge Presiding.  Kate Wells appeared as attorney for the plaintiff, and Daniel B. Alweiss and Harry T. Gower, Deputy Attorneys General, appeared as attorneys for the defendants.

A jury of eight persons was impaneled and sworn.  Witnesses were sworn and testified, and exhibits were marked and received into evidence.

After hearing the evidence the jury was duly instructed by the Court, the jury heard the arguments of counsel, and the cause was submitted to the jury with directions to return a special verdict.

1

1    The jury subsequently returned into court on May 14, 2012 and rendered their verdict in

2    writing as indicated in the Jury Verdict Form endorsed the same date in this action, finding in

3    favor of defendants and against the plaintiff.  Therefore,

4        IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff recover nothing from

5    the defendants, that the defendants recover from the plaintiff their costs of suit, and that this

6    Judgment be entered by the Clerk of the Court.    The Clerk shall close the file.

7
     Dated: _____  May 23, 2012
8                                                    _____
                                                     HON. LUCY H. KOH
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2