UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS, | Case No.: 10-CV-00602-LHK |
| Plaintiff, | ORDER REGARDING RESPECT FOR JURORS |
| v. | |
| DANIEL L. KRAFT, a State of California Park Ranger, et al., | |
| Defendants. | |

It has come to the Court's attention that after the trial a party may have made a rude comment to a juror. The Court requests that all parties and all counsel be respectful to the jurors in this case.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-00602-LHK
ORDER REGARDING RESPECT FOR JURORS

1