UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERRY LYNN ADAMS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DANIEL L. KRAFT, PHILLIP HAUCK, and K.P. BEST,<br><br>　　　　　Defendants. | Case No.: 10-CV-00602-LHK<br><br>ORDER DENYING REQUEST FOR TRANSCRIPT AT THE EXPENSE OF THE UNITED STATES GOVERNMENT |

On May 14, 2012, following a four-day jury trial, a jury returned a verdict against Plaintiff Berry Lynn Adams, which Plaintiff subsequently appealed to the United States Court of Appeals for the Ninth Circuit. *See* ECF Nos. 254, 260. Plaintiff then filed a request with the Court for a transcript at the expense of the United States Government. ECF No. 262.

Pursuant to Budget Object Code 2532, a district court may only grant fees for transcripts to be paid by the United States in an appeal to a circuit court if "the trial judge . . . certifies that the suit or appeal is not frivolous, and [the] transcript is needed to decide the issue presented by suit or appeal." *See* Guide to Judicial Policy, Vol. 6, Ch. 5 Transcripts, § 530.75(b)(1). The Court does not find that Plaintiff has satisfied these requirements. Accordingly, Plaintiff's Motion-Request for Transcript at the Expense of the United States Government is DENIED.

**IT IS SO ORDERED.**

Dated: November 30, 2012

　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 10-CV-00602-LHK
ORDER DENYING REQUEST FOR TRANSCRIPT